UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 OCT -9 AM 11:38
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. **Juan Isaac LOZANO-Lopez,** Defendant | Magistrate Docket No. '07 MJ 2404<br>COMPLAINT FOR VIOLATION OF:<br>Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **October 5, 2007** within the Southern District of California, defendant, **Juan Isaac LOZANO-Lopez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

James E. Bailey
SIGNATURE OF COMPLAINANT
James E. Bailey
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **9th** DAY OF **October, 2007**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Juan Isaac LOZANO-Lopez**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On October 5, 2007, Border Patrol Agent K. Lopez was patrolling an area near Dulzura, California. This area is approximately one mile north and twelve miles east of the Otay Mesa, California Port of Entry. Illegal aliens making their way north into the United States after illegally crossing the International Border commonly use this area.

At approximately 12:15 PM, Agent Lopez responded to a citizen call. Upon arriving at the location of the call, Agent Lopez observed six individuals hiding in a bush on the east side of the canyon about one hundred yards east of the trail. Agent Lopez found the six individuals attempting to conceal themselves in some thick brush. Agent Lopez identified herself as a Border Patrol Agent and questioned them as to their citizenship and immigration status. One subject, later identified as the defendant Juan Isaac LOZANO-Lopez admitted that he is a citizen of Mexico. He also stated that he was born in Mexico and was not in possession of any U.S. Immigration documents that would allow him to enter into or remain in the United States legally. The defendant was arrested and transported to the U.S. Border Patrol Highway 94 checkpoint for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **January 20, 2007** through **San Ysidro, California** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights in the Spanish language. The defendant stated that he understood his rights and was willing to answer questions. During the interview, the defendant stated that he illegally entered on foot through the mountains. Further, he stated that he does not have any immigration documents that would allow him to be in or remain in the United States legally.

**Executed on October 6, 2007 at 9:30 a.m.**

Ismael A. Canto
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **October 5, 2007,** in violation of Title 8, United States Code, Section **1326**.

Leo S. Papas
United States Magistrate Judge

10/6/07 - 120pm
Date/Time