AO 455(Rev. 5/85) Waiver of Indictment

FILED
NOV 15 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MJ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JUAN ISAAC LOZANO-LOPEZ

# WAIVER OF INDICTMENT

CASE NUMBER: 07CR3050-IEG

I, JUAN ISAAC LOZANO-LOPEZ, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/15/7 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Juan Lozano
Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER